155 A.3d 894

**FIELDS, Mark**

v.

**STATE of Maryland**

**Pet. Docket No. 523, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

(No. 08–K–16–000648, Circuit Court for Charles County).
Petition for writ of certiorari denied

■

155 A.3d 894

**GLASS**

v.

**ANNE ARUNDEL CO.**

**Pet. Docket No. 555, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 2077, Sept. Term, 2015).

Petition for writ of certiorari denied